No. 6612.  HORTON v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 6656.  HIGHTOWER v. SMITH, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 6667.  PETERSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 6672.  DENNIS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 6673.  BRANION v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 6674.  ENGLISH v. VIRGINIA.  Sup. Ct. App. Va. Certiorari denied.

No. 6681.  BROOKS v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 6690.  RELIFORD v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 6694.  CARNES v. CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 6731.  FLOYD v. NEIL.  C. A. 6th Cir.  Certiorari denied.

No. 6743.  FIELDS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 6802.  McCUBBINS v. KEENAN ET AL.  Sup. Ct. Alaska.  Certiorari denied.